2017R00464/am/lsh

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal Number: 19-69 |
| ARTHUR N. MARTIN, III | : | 18 U.S.C. § 1349 |

INFORMATION
(Conspiracy to Commit Bank Fraud)

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

Introduction

1. At various times relevant to this Information:

The Defendant and Other Parties

    a. Defendant Arthur N. Martin, III owned and resided in a residential home in West Orange, New Jersey (the "West Orange Residence").

    b. An individual, a co-conspirator not named as a defendant herein, was a resident of Elizabeth, New Jersey ("Co-Conspirator One").

    c. Financial Institution One was a "financial institution" within the meaning of Title 18, United States Code, Sections 20 and 27. Financial Institution One issued the mortgage on the West Orange Residence.

## The Conspiracy

2. From in or about July 2014 through in or about February 2017, in Union and Essex Counties, in the District of New Jersey and elsewhere, defendant

### ARTHUR N. MARTIN, III

knowingly and intentionally conspired and agreed with Co-Conspirator One and others to execute a scheme and artifice to defraud a financial institution, namely, Financial Institution One, and to obtain money, funds, and assets owned by and under the custody and control thereof, by means of false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344.

## Object of the Conspiracy

3. The object of the conspiracy was to fraudulently discharge the mortgage on the West Orange Residence.

## Manner and Means of the Conspiracy

4. It was part of the conspiracy that Arthur N. Martin, III gave Co-Conspirator One information about the mortgage on the West Orange Residence.

5. It was further part of the conspiracy that Co-Conspirator One and defendant Arthur N. Martin, III made fictitious money orders, cashier's checks, and other false and fraudulent documents.

6. It was further part of the conspiracy that Co-Conspirator One and defendant Arthur N. Martin, III mailed these fictitious monetary instruments to

Financial Institution One to fraudulently discharge the mortgage on the West Orange Residence.

7. For example, in furtherance of the conspiracy, defendant Arthur N. Martin, III and Co-Conspirator One attempted to fraudulently discharge the mortgage on the West Orange residence as follows:

a. On or about July 29, 2014, defendant Arthur N. Martin, III mailed a fraudulent money order, in the approximate amount of $245,330, to Financial Institution One.

b. On or about June 20, 2016, defendant Arthur N. Martin, III mailed a fraudulent money order, in the approximate amount of $230,000, to Financial Institution One.

c. On or about February 2, 2017, Co-Conspirator One mailed a fraudulent cashier's check, in the approximate amount of $225,000, to Financial Institution One.

All in violation of Title 18, United States Code, Section 1349.

_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER: _____

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

ARTHUR N. MARTIN, III

## INFORMATION FOR

Title 18, United States Code, Section 1349

CRAIG CARPENITO
U.S. ATTORNEY
NEWARK, NEW JERSEY

ANTHONY MOSCATO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2752