UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                    Date: 1/28/19

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail A. Hansen

Court Reporter: Lisa Larsen

Other:                                    2:19-cr-00069-01


Title of Case:

UNITED STATES
          v.
 Arthur Martin, III

Appearances:

AUSA Anthony Moscato & Lakshmi Herman
John Arsenault, Counsel for Defendant
Defendant present


NATURE OF PROCEEDINGS: **RULE 11(c)(1)(C) PLEA TO INFORMATION**

Defendant sworn
Information fld.
Waiver of Indictment fld.
Plea: Guilty to a One Count Information
Rule 11 form fld.
Sentencing: 05/07/19 at 10:30 a.m. before Hon. William H. Walls
Ordered bail continued


Time commenced: 10:30 a.m.
Time adjourned: 11:00 a.m.
  Total Time:   30 minutes

                              Gail A. Hansen, Deputy Clerk