**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE**: 12/18/19
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 19-69

UNITED STATES OF AMERICA
        vs.

Arthur Martin

**APPEARANCES:**

Anthony Moscato, AUSA
Lakshmi Herman, AUSA
John Arsenault, Esq. for Defendant
Kimberly Artist, Probation Officer
**Defendant present.**

**Nature of Proceedings**: SENTENCING ON Count One

Imprisonment – Time Served
Supervised Release – 3 years
Special conditions:  alcohol testing and treatment; new debt restrictions; financial disclosure; motor vehicle compliance; self-employment/business disclosure.
Fine: $12,000
Special Assessment - $100.00  due immediately.
Defendant advised of right to appeal.


**Time Commenced:  2:00**
**Time Adjourned:  3:00**
**Total Time: 1:00**

                          RoseMarie Olivieri
                          SENIOR COURTROOM DEPUTY